Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Dayna Broussard

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| DAYNA BROUSSARD | Federal Case No.: 5:17-CV-04091-BLF |
| Plaintiff, | |
| vs. | **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER** |
| EQUIFAX, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Dayna Broussard and defendant Equifax, Inc. ("Equifax"), that Equifax be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

1

DATED:  November 21, 2017          Sagaria Law, P.C.

                                   By:    _/s/ Elliot W. Gale_____
                                              Elliot W. Gale
                                   Attorneys for Plaintiff
                                   Dayna Broussard

DATED:  November 21, 2017          Nokes & Quinn

                                   By:    _/s/ Thomas P. Quinn, Jr._____
                                              Thomas P. Quinn, Jr.
                                   Attorneys for Defendant
                                   Equifax, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

_/s/ Elliot Gale_

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Equifax is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.


DATED:_____          _____
                                BETH L. FREEMAN
                                UNITED STATES DISTRICT JUDGE